IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EDDIE STONE, IND & ANF SXXXXXX §<br>SXXXX & ANF EXXXXXX SXXXX §<br>§<br>vs. §<br>§<br>SAFECO GENERAL AGENCY, INC. §<br>& HOME STATE COUNTY MUTUAL §<br>INSURANCE COMPANY § | Civil Action No. 4:16-cv-01970<br>(JURY) |

## NOTICE TO COURT OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs Eddie Stone, Individually, and Shelbi Stone and General Insurance Company of America, a Defendant herein, filing this notice to the Court that this matter has been settled.

I.

The parties in this case have settled all issues and claims in this matter. Final dismissal documents have not been filed with the Court as Plaintiff Exxxxxx Sxxxx is a minor. The Court has appointed Craig Hemphill as Guardian Ad Litem in this case and Counsel for the parties have spoken with him about this matter.

The parties are waiting for him to complete his review of this matter before settlement can be finalized in this case.

Docket Call in this case is scheduled for September 10, 2018. As the parties have resolved their disputes, trial in this matter is no longer necessary.

Respectfully submitted,

**DAVIS LAW FIRM**

  */s/  Jerry Hernandez*   (by permission)
**Jerry Hernandez, of Counsel**
Texas Bar No. 24056784
10500 Heritage Blvd. – Suite 102
San Antonio, Texas 78216
Tel. (210) 444-4444
Fax. (210) 870-1475

**ATTORNEY FOR THE PLAINTIFFS**

And

**SHEEHY, WARE & PAPPAS, P.C.**

  /s/ *J. Mark Kressenberg*_____
J. Mark Kressenberg, Attorney in Charge
JKressenberg@sheehyware.com
Fed. Adm. No. 7793
Texas State Bar No. 11725900
Dawn A. Moore
Dmoore@sheehyware.com
Fed. Adm. No. 558181
Texas State Bar No. 24040447
909 Fannin Street
Two Houston Center, Suite 2500
Houston, Texas 77010-1003
713-951-1000 Telephone
713-951-1199 Telecopier

**ATTORNEYS FOR DEFENDANT GENERAL INSURANCE COMPANY OF AMERICA**

3235294_1.docx