United States District Court
Southern District of Texas
**ENTERED**
August 17, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EDDIE STONE, § § § Plaintiff, § VS. § CIVIL ACTION NO. 4:16-CV-01970 § GENERAL INSURANCE COMPANY OF § AMERICA, *et al*, § § Defendants. § | |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this lawsuit has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this Order.

It is so **ORDERED**.

SIGNED on this 17th day of August, 2018.

_____
Kenneth M. Hoyt
United States District Judge